# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| KHALIQ RA-EL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:16-cv-02082-TLP-tmp |
| ) | |
| v. ) | |
| ) | |
| SHELBY COUNTY CORRECTION ) | |
| CENTER, SHELBY COUNTY, BILL ) | |
| GUPTON, BILL SPEARS, DENNIS ) | |
| TILLMAN, STEPHEN CRAIG, ) | |
| ) | |
| Defendants. ) | |

## ORDER DENYING MOTION FOR RECONSIDERATION

Before the Court is Plaintiff's Motion for Reconsideration. (ECF No. 43.) Plaintiff does not state the grounds upon which he moves the Court to reconsider the Judgment (ECF No. 37) entered on July 30, 2018, dismissing Plaintiff's Complaint. The Sixth Circuit construes motions for reconsideration as motions to alter or amend judgment under Rule 59(e) of the Federal Rules of Civil Procedure. *Moody v. Pepsi-cola Metro. Bottling Co., Inc.*, 915 F.2d 201, 206 (6th Cir. 1990). The Court has previously denied Plaintiff's Motion to Alter Judgment under Rule 59(e). (*See* ECF No. 42.)

Here, Plaintiff contends that there was a clear error of law and that manifest injustice will result because the Court disregarded allegations and failed to appoint counsel or order access to the law library. (ECF No. 43 at PageID 186–87.) The Court has previously performed a thorough review of Plaintiff's allegations and determined that they failed to state a claim upon which relief can be granted. Plaintiff's Motion for Reconsideration

attempts to relitigate previously decided issues and does not persuade the Court that any aspect of its September 27, 2018, Order was wrongly decided. Petitioner's Motion for Reconsideration is DENIED.

**SO ORDERED**, this 31st day of October, 2018.

     s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE